Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
       smschwartz@hollandhart.com

*Attorneys for Check City Partnership, LLC d/b/a Check City*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM, | Case No.: 2:17-cv-01218-JAD-VCF |
| Plaintiff, | **STIPULATION TO DISMISS AND COMPEL ARBITRATION** |
| v. | |
| CHECK CITY PARTNERSHIP, LLC d/b/a CHECK CITY, | |
| Defendant. | |

## **STIPULATION**

Plaintiff Leisa Whittum ("Plaintiff" or "Whittum") and Defendant Check City Partnership, LLC d/b/a/ Check City ("Defendant" or "Check City"), by and through their attorneys of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41, so that the parties may arbitrate this dispute pursuant to the loan agreement in this case.

/ / /

/ / /

/ / /

9888130_1

1  This Stipulation and Order is submitted in good faith and is not for the purpose of delay.

2  DATED this 30th day of May, 2017.           DATED this 30th day of May, 2017.

4  By:       /s/ Patrick J. Reilly             By:       /s/ David H. Krieger
   Patrick J. Reilly, Esq.                        David H. Krieger, Esq.
   Susan M. Schwartz, Esq.                        HAINES & KRIEGER, LLC
   HOLLAND & HART LLP                             8985 S. Eastern Avenue, Suite 350
   9555 Hillwood Drive, 2nd Floor                 Henderson, Nevada 89123
   Las Vegas, Nevada  89134

   *Attorneys for Check City Partnership,*        *Attorneys for Leisa Whittum*
   *LLC d/b/a Check City*

## **ORDER**

**IT IS SO ORDERED.**

DATED this _____ day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE