Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Check City Partnership, LLC d/b/a Check City*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>              Plaintiff,<br>v.<br><br>CHECK CITY PARTNERSHIP, LLC d/b/a CHECK CITY,<br><br>              Defendant. | Case No.: 2:17-cv-01218-JAD-VCF<br><br>**STIPULATION TO DISMISS AND COMPEL ARBITRATION**<br><br>ECF No. 4 |

## **STIPULATION**

Plaintiff Leisa Whittum ("Plaintiff" or "Whittum") and Defendant Check City Partnership, LLC d/b/a/ Check City ("Defendant" or "Check City"), by and through their attorneys of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41, so that the parties may arbitrate this dispute pursuant to the loan agreement in this case.

/ / /

/ / /

/ / /

9888130_1

This Stipulation and Order is submitted in good faith and is not for the purpose of delay.

DATED this 30th day of May, 2017.   DATED this 30th day of May, 2017.

By: /s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Check City Partnership, LLC d/b/a Check City*

By: /s/ David H. Krieger
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Leisa Whittum*

## ORDER

Based on the parties' stipulation [ECF No. 4] and good cause appearing, it is hereby ordered that this action is dismissed without prejudice to the parties' ability to arbitrate these claims. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 31, 2017

9888130_1